# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

132271

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

MICAH EDWARD WELLON,
 Defendant-Appellant.

SC: 132271
COA: 259086
Wayne CC: 04-006823-02

_____/

On order of the Court, the application for leave to appeal the August 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

Clerk

t1218